

# IN THE
# TENTH COURT OF APPEALS

## No. 10-14-00358-CV

## IN THE INTEREST OF D.F.C., A CHILD

**From the 13th District Court
Navarro County, Texas
Trial Court No. D13-22170-CV**

## ORDER

This appeal was abated on December 11, 2014 for a determination of indigence of appellant and an appointment of counsel if needed. Appellant has been determined to be indigent, and counsel has been appointed for appellant. Accordingly, this appeal is reinstated.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Appeal reinstated
Order issued and filed January 15, 2015

